COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTIONS**

| | |
|---|---|
| Cause number: | 01-18-00485-CV |
| Style: | In the Interest of K.L.W., A Child |
| Date motions filed*: | July 27, 2018 |
| Type of motions: | Motion to transfer case to another court of appeals and motion to proceed as pro se and special appearance |
| Party filing motions: | Pro se Appellants Brandy Brenay Charles and Ronald Dwayne Whitfield |
| Document to be filed: | N/A |

Ordered that motion is:

☐ Granted

☒ Denied

☒ Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

☐ Other:  After the Texas Supreme Court's July 30, 2018 Order denied appellants' pro se request to transfer this case, their motion is **denied**.  Juliane Crow filed a notice of appearance for appellant Brandy Brenay Charles in this Court on July 30, 2018, noting that the trial court had appointed her as appellate co-counsel for Charles on July 10, 2018, and the supplemental clerk's record includes the other July 10, 2018 order appointing Valeria Brock as appellant Ronald Whitfield's appellate counsel.  Because Charles and Whitfield are not entitled to hybrid representation, their motions to proceed as pro se and special appearances are **dismissed as moot**.  *See, e.g.*, *In re D.W.*, 445 S.W.3d 913, 915 n.1 (Tex. App.—Dallas 2014, pet. denied) (declining to consider pro se brief filed by mother in termination case after her counsel had filed brief). _____

Judge's signature:  _/s/ Laura Carter Higley_

  X  Acting individually      ☐  Acting for the Court

Date:  August 2, 2018_